JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE LEE SWIFT, | Case No. CV 16-7534 FMO (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| STATE OF CALIFORNIA, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice for lack of subject matter jurisdiction.

Dated this 26th day of October, 2016.

/s/
Fernando M. Olguin
United States District Judge